# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Taronn Lamar Roberson | )<br>)<br>) Case No: 06-cr-441<br>) USM No: 08004-041 |
| Date of Original Judgment: 08/23/2007<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____  Amended Total Offense Level: _____
Criminal History Category: _____  Criminal History Category: _____
Previous Guideline Range: _____  Amended Guideline Range: _____

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
Defendant is not entitled to relief under the Fair Sentencing Act because of the mandatory ten-year minimum sentence in this case. See United State v. Neadeau, 639 F.3d 453, 456 (8th Cir. 2011).

Except as otherwise provided, all provisions of the judgment dated 08/23/2007 shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 12-13-11

*Judge's signature*

Effective Date: _____  Chief Judge Michael J. Davis, U.S. District Court
*(if different from order date)*  *Printed name and title*